## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED

2011 DEC 15  PM 4: 27

BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: ~~A-11-MJ-927~~ |
| | § | |
| Plaintiff, | § | INFORMATION  A 11-m-943 |
| | § | |
| VS. | § | [Violation: 16 U.S.C. § 3 – Rules & |
| | § | Regulations of National Parks] |
| TIMOTHY S. DAWSON | § | |
| | § | USAO No.: 2011R18637 |
| Defendant. | § | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### [16 U.S.C. § 3]

On or about May 21, 2011, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States and under its jurisdiction, the defendant,

### TIMOTHY S. DAWSON,

did unlawfully operate and was in physical control of a motor vehicle while under the influence of alcohol, a controlled substance, a drug, a dangerous drug, or a combination of two or more of these substances, to a degree that rendered him incapable of the safe operation of a motor vehicle.

In violation of Title 16, United States Code, Section 3, 36 CFR Sections 4:23(a)(1) and 1.3(a).

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____

MICHELLE E. FERNALD
Assistant United States Attorney